LAW OFFICES OF MARK E. MERIN
Mark E. Merin, SBN. 043849
Jeffrey I. Schwarzschild, SBN. 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
Email: mark@markmerin.com

David K. Henderson, SNB 71169
129 Luna Grande Cr, Suite 160
Sacramento, CA 95834-1717
Telephone: (916) 565-3837
Facsimile: (916) 565-3837

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| SERGEY KOLESNIKOV, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>Defendants. | CASE NO: 2:06-CV-02155 DFL EFB<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, Vladimir Kolesnikov, states as follows:

1. I am a minor of the age of 15 years.

2. I have filed an action in this Court against the named defendants for their, and each of their, involvement in an incident of September 21, 2005, which resulted in the violation of my federal and state constitutional and statutory rights to privacy, among other things, and to be free from excessive force and unreasonable searches and seizures.

3. I have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

Page 1 of 3

Sergey Kolesnikov, et al. v. SACRAMENTO COUNTY, et al.                                    USDC, Eastern District, Case No. _____
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM - VLADIMIR KOLESNIKOV

Dockets.Justia.com

4.     Alexandr Kolesnikov, Sr., my natural father, whose address is 3431 Alder Canyon Way, Antelope, California 95843, is a competent and responsible person, and fully competent to act as my guardian ad litem.

5.     Alexandr Kolesnikov, Sr., is willing to act as guardian ad litem for petitioner, as appears by his consent attached hereto.

WHEREFORE, petitioner moves this Court for an order appointing Alexandr Kolesnikov, Sr., as guardian ad litem of petitioner for the purpose of bringing this action against the named defendants and, each of them, on the claims hereinabove described.

I, Vladimir Kolesnikov, verify that I have read the petition and know the contents thereof, and state that the statements therein are true and correct of my own personal knowledge.  This declaration was made this 15th day of June 2006, in Antelope, California.

/s/ - "Vladimir Kolesnikov"
_____
VLADIMIR KOLESNIKOV

**CONSENT OF NOMINEE**

I, Alexandr Kolesnikov, Sr., the nominee of the Petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: June 15, 2006

/s/ - "Alexandr Kolesnikov, Sr."
_____
ALEXANDR KOLESNIKOV, SR.

DATED: June 15, 2006          Respectfully submitted,

LAW OFFICE OF MARK E. MERIN and
DAVID K. HENDERSON

/s/ - "Jeffrey I. Schwarzschild"
BY:_____
Jeffrey I. Schwarzschild
Attorneys for Petitioner

**ORDER**

The petition for an order appointing Alexandr Kolesnikov, Sr., as guardian ad litem for petitioner Vladimir Kolesnikov is GRANTED.

IT IS SO ORDERED.

DATED: 10/6/2006

_____
DAVID F. LEVI
United States District Judge