LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
2001 P Street, Suite 100
Sacramento, CA 95814
Telephone: 916/443-6911
Facsimile: 916/447-8336
E-Mail: mark@markmerin.com

David K. Henderson, SBN 71169
LAW OFFICE OF DAVID K. HENDERSON
129 Luna Grande Cr, Suite 160
Sacramento, CA 95834-1717
Telephone: (916) 565-3837
Facsimile: (916) 565-3837

Attorneys for Plaintiffs

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| ALEXANDR KOLESNIKOV, SR., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>　　　　　Defendants. | CASE NO: 06-CV-02155 DFL EFB<br><br>**VOLUNTARY DISMISSAL BY STIPULATION OF DEFENDANT CALIFORNIA HIGHWAY PATROL [FRCP Rule 41(a)] AND ORDER** |

It is hereby stipulated by and between the parties hereto that Defendant CALIFORNIA HIGHWAY PATROL only may be dismissed with prejudice, each party to bear their own costs.

DATED: December 12, 2006　　　Respectfully submitted,

　　　　　　　　　　　　　　　　LAW OFFICE OF MARK E. MERIN and
　　　　　　　　　　　　　　　　LAW OFFICE OF DAVID K. HENDERSON


　　　　　　　　　　　　　　　　　　/s/ - "Mark E. Merin"
　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　MARK E. MERIN, Esq.
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: December 12, 2006 | Respectfully submitted, |
| 2 | | BILL LOCKYER |
| | | Attorney General of the State of California |
| 3 | | THOMAS D. McCRACKIN |
| | | Supervising Deputy Attorney General |

/s/ - "John Padrick"
By:  _____
JOHN PADRICK, Deputy Attorney General
Attorneys for Defendants CALIFORNIA
HIGHWAY PATROL, CHP OFFICER
ACKLEY and CHP OFFICER JOHNSON

Dated: December 12, 2006   Respectfully submitted,

PORTER, SCOTT, WEIBERG & DELEHANT

/s/ - "Terence J. Cassidy"
By:  _____
TERENCE J. CASSIDY, Esq.
CARLOS OSEGUENDA, Esq.
Attorneys for Defendants COUNTY OF
SACRAMENTO, SACRAMENTO
COUNTY SHERIFF'S DEPARTMENT,
DEPUTY M. TALLMAN, DEPUTY M.
HULSEY and SERGEANT SHINTAKU

## ORDER

IT IS HEREBY ORDERED that Defendant CALIFORNIA HIGHWAY PATROL may be, and is hereby, dismissed with prejudice, each party to bear their own costs.

Dated:   December 15, 2006

/s/ David F. Levi
Honorable DAVID F. LEVI, Judge
United States District Court, Eastern District