Mark Merin
LAW OFFICES OF MARK E. MERIN
2001 "P" Street, Suite 100
Sacramento, CA 95814

Attorney for Plaintiffs

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU

John Padrick
Deputy Attorney General
Office of the Attorney General
Tort and Condemnation Section, Rm. 1210-08
1300 "I" Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

Attorney for Defendants CALIFORNIA HIGHWAY PATROL OFFICER ACKLEY AND OFFICER JOHNSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER KOLESNIKOV, SR., LYUDMILA KOLESNIKOV, SERGEY KOLESNIKOV, NIKOLAY KOLESNIKOV, ALEXANDER KOLESNIKOV, JR., VLADIMIR KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., PETER KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., DINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., INNA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALEX VASYAKIN, a minor, by and through his | Case No. CIV 06-2155 RRB EFB<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER** |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

00560816.WPD   **JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1 | guardian ad litem, Alexander Kolesnikov, Sr., LIANA VASYAKINA, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., and ERIC PARSONS, a minor, by and through his guardian ad litem, Victoria Parker,

Plaintiffs,

vs.

SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY SHERIFF DEPUTY M. TALLMAN (Badge #1264), SACRAMENTO COUNTY SHERIFF DEPUTY M. HULSEY (Badge #1267), SACRAMENTO COUNTY SHERIFF SERGEANT SHINTAKU (Badge #34), CALIFORNIA HIGHWAY PATROL, CALIFORNIA HIGHWAY PATROL OFFICER ACKLEY, CALIFORNIA HIGHWAY PATROL OFFICER JOHNSON, and DOES 1 through 50, inclusive,

Defendants.
_____/

Plaintiffs, ALEXANDER KOLESNIKOV, SR., LYUDMILA KOLESNIKOV, SERGEY KOLESNIKOV, NIKOLAY KOLESNIKOV, ALEXANDER KOLESNIKOV, JR., VLADIMIR KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., PETER KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., DINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., INNA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALEX VASYAKIN, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., LIANA VASYAKINA, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., and ERIC PARSONS, a minor, by and through his guardian ad litem, Victoria Parker, Defendants, CALIFORNIA HIGHWAY PATROL OFFICER ACKLEY, CALIFORNIA HIGHWAY PATROL OFFICER JOHNSON, and Defendants, COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN,

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
00560816.WPD   **JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1  DEPUTY M. HULSEY and SERGEANT SHINTAKU, by and through their respective
2  attorneys of record, hereby agree to the proposed changes set forth below and request the
3  Court to modify the Pre-Trial Scheduling Order issued December 19, 2006, [Docket No.
4  33]as follows:

5      Hearing on all Dispositive Motions                March 19, 2008
6      LD to File Opposition to Dispositive Motions     February 27, 2008
7      LD to Reply to Dispositive Motions                 March 7, 2008

8      Good cause exists to modify the scheduling order because Defendants COUNTY OF
9  SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M.
10 TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU have filed a cross-
11 motion for summary adjudication as permitted under Local Rule 78-230.  Based on the
12 currently scheduled hearing date of February 20, 2008, Plaintiffs will have insufficient time
13 to oppose the cross-motion.  This joint stipulation will permit Plaintiffs additional time to
14 oppose the motion. Therefore, the parties respectfully request modification of the scheduling
15 order as identified above.

16     To the extent that the Court determines that the final pre-trial conference currently set
17 for March 28, 2008 and the trial date currently set for May 5, 2008, should be moved, the
18 parties have agreed not to oppose the continuance.  Should the Court continue these dates,
19 the parties respectfully request that the selection of the new final pre-trial conference and trial
20 dates be coordinated through the courtroom deputy.

21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

00560816.WPD  **JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

| | | |
|---|---|---|
| 1 | Dated: February 12, 2008 | LAW OFFICES OF MARK E. MERIN |
| 2 | | |
| 3 | | By /s/ Mark E. Merin (as authorized on 2/12/08) |
| 4 | |     Mark E. Merin<br>    Attorney for Plaintiffs |
| 5 | Dated: February 12, 2008 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| 6 | | |
| 7 | | |
| 8 | | By /s/ Stephen W. Robertson<br>    Terence J. Cassidy |
| 9 | |     Stephen W. Robertson<br>    Attorneys for Defendants |
| 10 | |     COUNTY OF SACRAMENTO,<br>    SACRAMENTO COUNTY SHERIFF'S |
| 11 | |     DEPARTMENT, DEPUTY M. TALLMAN,<br>    DEPUTY M. HULSEY and SERGEANT |
| 12 | |     SHINTAKU |
| 13 | Dated: February 11, 2008 | Office of the Attorney General |
| 14 | | |
| 15 | | By /s/ John Padrick   (as authorized on 2/11/08) |
| 16 | |     John Padrick<br>    Attorney for Defendants CALIFORNIA |
| 17 | |     HIGHWAY PATROL OFFICER<br>    ACKLEY AND OFFICER JOHNSON: |

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00560816.WPD  **JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1  Based on the joint stipulation of the parties and good cause appearing therefor:

2  IT IS HEREBY ORDERED that the Pre-trial Schedule is modified as set forth below:

3  Hearing on all Dispositive Motions             March 19, 2008

4  LD to File Opposition to Dispositive Motions   February 27, 2008

5  LD to Reply to Dispositive Motions             March 7, 2008

6  IT IS SO ORDERED.

7  Dated: 2/12/2008

8  /s/ Ralph R. Beistline
   United States District Court Judge

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

5

00560816.WPD  **JOINT STIPULATION AND PROPOSED ORDER TO MODIFY SCHEDULING ORDER**