1  Mark Merin
   LAW OFFICES OF MARK E. MERIN
2  2001 "P" Street, Suite 100
   Sacramento, CA 95814
3

   Attorney for Plaintiffs
4

**P O R T E R  |  S C O T T**
5  A PROFESSIONAL CORPORATION
   Terence J. Cassidy, SBN 99180
6  Stephen W. Robertson, SBN 228708
   350 University Ave., Suite 200
7  Sacramento, California 95825
   TEL: 916.929.1481
8  FAX: 916.927.3706

9  Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY
   SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and
10 SERGEANT SHINTAKU

11
                    **UNITED STATES DISTRICT COURT**
12
                   **EASTERN DISTRICT OF CALIFORNIA**
13

14 ALEXANDER   KOLESNIKOV,   SR.,          Case No. CIV 06-2155 RRB EFB
   LYUDMILA   KOLESNIKOV,   SERGEY
15 KOLESNIKOV, NIKOLAY KOLESNIKOV,          **STIPULATION  FOR  DISMISSAL**
   ALEXANDER    KOLESNIKOV,    JR.,         **OF  DEFENDANT  SACRAMENTO**
16 VLADIMIR KOLESNIKOV, a minor, by and     **C O U N T Y   S H E R I F F ' S**
   through his guardian ad litem, Alexander  **DEPARTMENT  AND  DISMISSAL**
17 Kolesnikov, Sr., PETER KOLESNIKOV, a     **OF <u>MONELL</u> CLAIMS AGAINST**
   minor, by and through his guardian ad litem, **THE COUNTY OF SACRAMENTO**
18 Alexander   Kolesnikov,   Sr.,   DINA
   KOLESNIKOV, a minor, by and through her
19 guardian ad litem, Alexander Kolesnikov, Sr.,
   ALINA KOLESNIKOV, a minor, by and
20 through her guardian ad litem, Alexander
   Kolesnikov, Sr., INNA KOLESNIKOV, a
21 minor, by and through her guardian ad litem,
   Alexander   Kolesnikov,   Sr.,   ALEX
22 VASYAKIN, a minor, by and through his
   guardian ad litem, Alexander Kolesnikov, Sr.,
23 LIANA VASYAKINA, a minor, by and
   through her guardian ad litem, Alexander
24 Kolesnikov, Sr., and ERIC PARSONS, a
   minor, by and through his guardian ad litem,
25 Victoria Parker,

26        Plaintiffs,

27 vs.

28 SACRAMENTO COUNTY, SACRAMENTO

1

STIPULATION FOR DISMISSAL OF SACRAMENTO COUNTY SHERIFF'S DEPARTMENT AND
00560878.WPD**DISMISSAL OF <u>MONELL</u> CLAIMS AGAINST THE COUNTY OF SACRAMENTO**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1  COUNTY SHERIFF'S DEPARTMENT,
   SACRAMENTO COUNTY SHERIFF
2  DEPUTY M. TALLMAN (Badge #1264),
   SACRAMENTO COUNTY SHERIFF
3  DEPUTY M. HULSEY (Badge #1267),
   SACRAMENTO COUNTY SHERIFF
4  SERGEANT SHINTAKU (Badge #34),
   CALIFORNIA HIGHWAY PATROL,
5  CALIFORNIA HIGHWAY PATROL
   OFFICER ACKLEY, CALIFORNIA
6  HIGHWAY PATROL OFFICER JOHNSON,
   and DOES 1 through 50, inclusive,
7
               Defendants.
8  _____/

9       It is **HEREBY STIPULATED AND AGREED** by and between Plaintiffs,

10  ALEXANDER KOLESNIKOV, SR., LYUDMILA KOLESNIKOV, SERGEY

11  KOLESNIKOV, NIKOLAY KOLESNIKOV, ALEXANDER KOLESNIKOV, JR.,

12  VLADIMIR KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander

13  Kolesnikov, Sr., PETER KOLESNIKOV, a minor, by and through his guardian ad litem,

14  Alexander Kolesnikov, Sr., DINA KOLESNIKOV, a minor, by and through her guardian ad

15  litem, Alexander Kolesnikov, Sr., ALINA KOLESNIKOV, a minor, by and through her

16  guardian ad litem, Alexander Kolesnikov, Sr., INNA KOLESNIKOV, a minor, by and

17  through her guardian ad litem, Alexander Kolesnikov, Sr., ALEX VASYAKIN, a minor, by

18  and through his guardian ad litem, Alexander Kolesnikov, Sr., LIANA VASYAKINA, a

19  minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., and ERIC

20  PARSONS, a minor, by and through his guardian ad litem, Victoria Parker, and Defendants,

21  COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT,

22  DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU, by and

23  through their undersigned counsel, the following:

24       1.   Defendant SACRAMENTO COUNTY SHERIFF'S DEPARTMENT is

25  dismissed with prejudice from this case, each party to bear its own costs and attorney fees.

26       2.   Any and all Monell claims against Defendant COUNTY OF SACRAMENTO,

27  pursuant to 42 U.S.C section 1983, are dismissed with prejudice from this case, with each

28  party to bear its own costs and attorney fees.  Since the Monell claims against the COUNTY OF

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1    SACRAMENTO will be dismissed, it will not be necessary for the court to decide the COUNTY OF

2    SACRAMENTO's Motion for Summary Adjudication on the grounds that the policies of the

3    SACRAMENTO COUNTY SHERIFF'S DEPARTMENT in issue are those of the State of

4    California and barred by the Eleventh Amendment.

5          3.    In light of the above stipulations, the COUNTY OF SACRAMENTO hereby

6    withdraws its Motion for Summary Adjudication filed on January 23, 2008 [Docket Nos. 40-44] and

7    Plaintiffs hereby withdraw their Motion to Strike filed on February 1, 2008 [Docket No. 45].  Along

8    with the withdrawal of the Motion filed by the COUNTY OF SACRAMENTO, The COUNTY

9    withdraws its request that the Court decline to exercise its supplemental jurisdiction over the state

10   claims of the Plaintiffs.  However, the parties understand that the Court may, sua sponte, decline to

11   exercise supplemental jurisdiction over the state claims asserted by the Plaintiffs.

12   Dated: February 26, 2008          LAW OFFICES OF MARK E. MERIN

13

14                                     By  /s/ Mark E. Merin (as authorized on 2/26/08)
                                           Mark E. Merin
15                                         Attorney for Plaintiffs

16   Dated:  February 26, 2008         PORTER SCOTT
                                       A PROFESSIONAL CORPORATION
17

18

19                                     By  /s/ Stephen W. Robertson
                                           Terence J. Cassidy
20                                         Stephen W. Robertson
                                           Attorneys for Defendants
21                                         COUNTY OF SACRAMENTO,
                                           SACRAMENTO COUNTY SHERIFF'S
22                                         DEPARTMENT, DEPUTY M. TALLMAN,
                                           DEPUTY M. HULSEY and SERGEANT
23                                         SHINTAKU

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

STIPULATION FOR DISMISSAL OF SACRAMENTO COUNTY SHERIFF'S DEPARTMENT AND
00560878.WPD**DISMISSAL OF <u>MONELL</u> CLAIMS AGAINST THE COUNTY OF SACRAMENTO**

1    Based on the joint stipulation of the parties, IT IS HEREBY ORDERED:

2        1.    Defendant SACRAMENTO COUNTY SHERIFF'S DEPARTMENT is

3    dismissed with prejudice from this case, each party to bear its own costs and attorney fees.

4        2.    Any and all <u>Monell</u> claims against Defendant COUNTY OF SACRAMENTO,

5    pursuant to 42 U.S.C section 1983, are dismissed with prejudice from this case, with each

6    party to bear its own costs and attorney fees.

7        3.    The Motion for Summary Adjudication by the COUNTY OF SACRAMENTO and

8    the SACRAMENTO COUNTY SHERIFF'S DEPARTMENT filed on January 23, 2008 [Docket

9    Nos. 40-44] is withdrawn.  The Motion to Strike by the Plaintiffs filed on February 1, 2008 [Docket

10   No. 45] is withdrawn.

11       IT IS SO ORDERED.

12

13   Dated: 02/26/2008

14                                                      /s/ Ralph R. Beistline
                                                        United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

**STIPULATION FOR DISMISSAL OF SACRAMENTO COUNTY SHERIFF'S DEPARTMENT AND**
00560878.WPD**DISMISSAL OF <u>MONELL</u> CLAIMS AGAINST THE COUNTY OF SACRAMENTO**