1

**LAW OFFICE OF MARK E. MERIN**
Mark E. Merin, SBN 043849

2

Joshua Kaizuka, SBN 212195
2001 P Street, Suite 100

3

Sacramento, California  95811
Telephone:     (916) 443-6911

4

Facsimile:      (916) 447-8336
E-Mail:  mark@markmerin.com

5

6

**LAW OFFICE OF DAVID K. HENDERSON**
David K. Henderson, SBN 71169

7

5601 Natomas Blvd., Apt. 23208
Sacramento, CA 95835

8

Telephone: (916) 718-2015
E-Mail:  hendersonesq@yahoo.com

9

Attorneys for PLAINTIFFS

10

**OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA**

11

Jill Scally, SBN 161513
Deputy Attorney General

12

1300 I Street, Suite 125
P.O. Box 944255

13

Sacramento, CA 94244-2550
Telephone:  (916) 323-6708

14

Facsimile:  (916) 322-8288
E-Mail:  Jill.Scally@doj.ca.gov

15

16

Attorneys for DEFENDANTS
CALIFONRIA HIGHWAY PATROL OFFICER ACKLEY, and
CALIFORNIA HIGHWAY PATROL OFFICER JOHNSON

17

18

**PORTER SCOTT**
Terence J. Cassidy, SBN 099180

19

350 University Avenue, Suite 200
Sacramento, CA 95825

20

Telephone:  (916) 929-1481
Facsimile:  (916) 927-3706
E-Mail:  tcassidy@porterscott.com

21

22

Attorneys for DEFENDANTS
SACRAMENTO COUNTY SHERIFF'S DEPUTY M. TALLMAN,
SACRAMENTO COUNTY SHERIFF'S DEPUTY M. HULSEY and

23

SACRAMENTO COUNTY SHERIFF'S SERGEANT SHINTAKU

24

---o0o---

25

UNITED STATES DISTRICT COURT

26

EASTERN DISTRICT OF CALIFORNIA

27

---o0o---

28

1

STIPULATED REQUEST TO TAKE OFF CALENDAR FINAL PRETRIAL CONFERENCE; [PROPOSED] ORDER
*Kolesnikov, et al. vs. Sacramento County, et al.;* USDC, ED, Case No.  06-CV-02155 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | ALEXANDR KOLESNIKOV, SR., et al. |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | SACRAMENT COUNTY, et al., |
| 5 | Defendants. |

Case No. 06-CV-02155 JAM EFB

**STIPULATED REQUEST TO TAKE OFF CALENDAR FINAL PRETRIAL CONFERENCE AND FILING OF THE JOINT PRETRIAL STATEMENT; ORDER**

**DATE**: July 10, 2009
**TIME**: 3:00 p.m.
**CTRM**: 6
**JUDGE**: Hon. John A. Mendez

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, that the Final Pre-Trial Conference and the subsequent filing of the Joint Pretrial Statement be take off calendar.  The parties reached a tentative settlement on June 17, 2009, at which time Judge Brennan stated the Final Pre-Trial Conference date would be vacated, and set a hearing for August 12, 2009, to hear the motions for approval of the minors' compromises which are a part of the settlement.  It is anticipated that the settlement and the minors' compromises will be approved by the Court and, therefore, the need for a final pretrial conference would not be necessary.  Should the Court not approve the settlement or the minors' compromises, the parties ask that the final pre-trial conference be rescheduled approximately 30 days after the August 12, 2009 hearing, or to some other date thereafter which may be more convenient for the Court.

DATED:  July 2, 2009          Respectfully submitted,

LAW OFFICE OF MARK E. MERIN and
LAW OFFICE OF DAVID K. HENDERSON

/s/ - "Mark E. Merin"
BY:_____
Mark E. Merin
Attorney for PLAINTIFFS

DATED: July 2, 2009          OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF CALIFORNIA

/s/ - "Jill Scally"
BY:_____
Jill Scally, Deputy Attorney General
Attorney for DEFENDANTS
CALIFONRIA HIGHWAY PATROL OFFICER
ACKLEY, and CALIFORNIA HIGHWAY
PATROL OFFICER JOHNSON

2

STIPULATED REQUEST TO TAKE OFF CALENDAR FINAL PRETRIAL CONFERENCE; [PROPOSED] ORDER
*Kolesnikov, et al. vs. Sacramento County, et al.*; USDC, ED, Case No. 06-CV-02155 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com

DATED: July 2, 2009                PORTER SCOTT

                                              /s/ - "Terence J. Cassidy"
                              BY:_____
                                   Terence J. Cassidy
                                   Attorney for DEFENDANTS
                                   SACRAMENTO COUNTY SHERIFF'S DEPUTY
                                   M. TALLMAN, SACRAMENTO COUNTY
                                   SHERIFF'S DEPUTY M. HULSEY and
                                   SACRAMENTO COUNTY SHERIFF'S
                                   SERGEANT SHINTAKU

## **ORDER**

        IT IS HEREBY ORDERED that the Final Pre-Trial Conference presently set for July 10, 2009, is

taken off calendar.  The parties are not required to file a Joint Pretrial Statement.  Should the Court not

approve the minors' compromises at the August 12, 2009 hearing, a new date for the Final Pre-Trial

Conference will be scheduled approximately 30 days thereafter.

DATED:  July 2, 2009

                              /s/ John A. Mendez_____
                              HON. JOHN A. MENDEZ
                              JUDGE, UNITED STATES DISTRICT COURT
                              EASTERN DISTRICT

**STIPULATED REQUEST TO TAKE OFF CALENDAR FINAL PRETRIAL CONFERENCE; [PROPOSED] ORDER**
*Kolesnikov, et al. vs. Sacramento County, et al.;* USDC, ED, Case No.  06-CV-02155 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com