Mark E. Merin, SBN 043849
Joshua Kaizuka, SBN 212195
**LAW OFFICE OF MARK E. MERIN**
2001 P Street, Suite 100
Sacramento, California  95811
Telephone:     (916) 443-6911
Facsimile:       (916) 447-8336
E-Mail: mark@markmerin.com

David K. Henderson, SBN 71169
**LAW OFFICE OF DAVID K. HENDERSON**
2967 Fulton Avenue, No. 5
Sacramento, CA 95821-4909
Telephone: (916) 718-2015
E-Mail: hendersonesq@yahoo.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDR KOLESNIKOV, SR., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO COUNTY, et al.,<br><br>Defendants. | Case No. 06-CV-02155 JAM-EFB<br><br>**ORDER APPROVING COMPROMISE OF A PENDING ACTION IN WHICH MINORS ARE PARTIES**<br><br>**DATE**:   August 12, 2009<br>**TIME**:    9:00 a.m.<br>**CTRM**:  25<br>**JUDGE**:  Hon. Magistrate Edmund F. Brennan |

This 42 U.S.C. § 1983 action arising from the alleged deprivation of minor plaintiffs PETER KOLESNIKOV, DINA KOLESNIKOVA, ALINA KOLESNIKOVA, INNA KOLESNIKOVA, ALEX VASYAKIN, LIANA VASYAKINA, and ERIC PARSONS ("CLAIMANTS") constitutional and statutory rights, was filed by CLAIMANTS and their guardians ad litem ALEXANDR KOLESNIKOV, SR. and Victoria Parker ("PETITIONERS").  PETITIONERS seek this Court's approval of a $88,888.88 compromise settlement for CLAIMANTS for their claims against defendants  SACRAMENTO COUNTY SHERIFF'S DEPUTY M. TALLMAN (Badge #1264), SACRAMENTO COUNTY SHERIFF'S DEPUTY M. HULSEY (Badge #1267), SACRAMENTO COUNTY SHERIFF'S SERGEANT SHINTAKU (Badge #34), CALIFORNIA HIGHWAY PATROL, CALIFORNIA HIGHWAY PATROL OFFICER ACKLEY, and CALIFORNIA HIGHWAY PATROL OFFICER

1

PDF created with pdfFactory trial version www.pdffactory.com

JOHNSON (collectively "defendants").  The Judge held a hearing on the Petition for Minors' Compromises on August 12, 2009.

Having carefully reviewed the entire file, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, the court orders as follows:

1. The Petition for Approval of Minors' Compromise is GRANTED;

2. CLAIMANTS individual shares shall be deposited into a federally insured blocked account and not withdrawn without a court order or until CLAIMANTS reach the age of majority;

3. Reimbursement of costs incurred on this case, equally shared by each CLAIMANT, shall be paid to counsel, Mark E. Merin; and

4. Attorney's fees in the amount of $35,555.60 shall be paid to counsel, Mark E. Merin.

IT IS SO ORDERED.

DATED:   August 19, 2009              /s/ John A. Mendez_____
                                      UNITED STATES DISTRICT JUDGE

**ORDER APPROVING COMPROMISE OF A PENDING ACTION IN WHICH A MINOR IS A PARTY [VLADIMIR KOLESNIKOV]**
*Kolesnikov, et al. vs. Sacramento County, et al.;* USDC, Eastern District, Case No. 2:06-cv-02155 JAM-EFB

PDF created with pdfFactory trial version www.pdffactory.com