**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER KOLESNIKOV, SR., LYUDMILA KOLESNIKOV, SERGEY KOLESNIKOV, NIKOLAY KOLESNIKOV, ALEXANDER KOLESNIKOV, JR., VLADIMIR KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., PETER KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., DINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., INNA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALEX VASYAKIN, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., LIANA VASYAKINA, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., and ERIC PARSONS, a minor, by and through his guardian ad litem, Victoria Parker, <br><br>      Plaintiffs, <br><br>vs. <br><br>SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY SHERIFF DEPUTY M. TALLMAN (Badge #1264), SACRAMENTO COUNTY SHERIFF | Case No. CIV 06-2155 JAM EFB <br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU** |

1

**STIPULATION FOR DISMISSAL OF DEFENDANTS SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00706369.WPD

DEPUTY M. HULSEY (Badge #1267), SACRAMENTO COUNTY SHERIFF SERGEANT SHINTAKU (Badge #34), CALIFORNIA HIGHWAY PATROL, CALIFORNIA HIGHWAY PATROL OFFICER ACKLEY, CALIFORNIA HIGHWAY PATROL OFFICER JOHNSON, and DOES 1 through 50, inclusive,

    Defendants.

_____/

It is **HEREBY STIPULATED AND AGREED** by and between Plaintiffs, ALEXANDER KOLESNIKOV, SR., LYUDMILA KOLESNIKOV, SERGEY KOLESNIKOV, NIKOLAY KOLESNIKOV, ALEXANDER KOLESNIKOV, JR., VLADIMIR KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., PETER KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., DINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., INNA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALEX VASYAKIN, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., LIANA VASYAKINA, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., and ERIC PARSONS, a minor, by and through his guardian ad litem, Victoria Parker, and Defendants, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU, by and through their undersigned counsel, that any and all claims against Defendants SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

/ / /

/ / /

/ / /

2

**STIPULATION FOR DISMISSAL OF DEFENDANTS SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00706369.WPD

| | |
|---|---|
| Dated: July __, 2009 | LAW OFFICES OF MARK E. MERIN |
| | By /S/_____<br>    Mark E. Merin<br>    Attorney for Plaintiffs |
| Dated: July __, 2009 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By /S/_____<br>    Terence J. Cassidy<br>    Attorney for Defendants<br>    COUNTY OF SACRAMENTO,<br>    SACRAMENTO COUNTY SHERIFF'S<br>    DEPARTMENT, DEPUTY M. TALLMAN,<br>    DEPUTY M. HULSEY and SERGEANT<br>    SHINTAKU |

IT IS SO ORDERED.

| | |
|---|---|
| Dated: 09/22/2009 | /s/ John A. Mendez<br>United States District Court Judge |

**STIPULATION FOR DISMISSAL OF DEFENDANTS SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU**

00706369.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com