**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, DEPUTY M. TALLMAN, DEPUTY M. HULSEY and SERGEANT SHINTAKU

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER KOLESNIKOV, SR., LYUDMILA KOLESNIKOV, SERGEY KOLESNIKOV, NIKOLAY KOLESNIKOV, ALEXANDER KOLESNIKOV, JR., VLADIMIR KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., PETER KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., DINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., INNA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALEX VASYAKIN, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., LIANA VASYAKINA, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., and ERIC PARSONS, a minor, by and through his guardian ad litem, Victoria Parker, <br><br>       Plaintiffs, <br><br> vs. <br><br> SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SACRAMENTO COUNTY SHERIFF DEPUTY M. TALLMAN (Badge #1264), SACRAMENTO COUNTY SHERIFF DEPUTY M. HULSEY (Badge #1267), SACRAMENTO COUNTY SHERIFF SERGEANT SHINTAKU (Badge #34), | Case No. CIV 06-2155 JAM EFB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SACRAMENTO** |

```
CALIFORNIA   HIGHWAY   PATROL,
CALIFORNIA   HIGHWAY   PATROL
OFFICER   ACKLEY,   CALIFORNIA
HIGHWAY PATROL OFFICER JOHNSON,
and DOES 1 through 50, inclusive,

      Defendants.
_____/
```

It is **HEREBY STIPULATED AND AGREED** by and between Plaintiffs, ALEXANDER KOLESNIKOV, SR., LYUDMILA KOLESNIKOV, SERGEY KOLESNIKOV, NIKOLAY KOLESNIKOV, ALEXANDER KOLESNIKOV, JR., VLADIMIR KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., PETER KOLESNIKOV, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., DINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALINA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., INNA KOLESNIKOV, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., ALEX VASYAKIN, a minor, by and through his guardian ad litem, Alexander Kolesnikov, Sr., LIANA VASYAKINA, a minor, by and through her guardian ad litem, Alexander Kolesnikov, Sr., and ERIC PARSONS, a minor, by and through his guardian ad litem, Victoria Parker, and Defendant COUNTY OF SACRAMENTO, by and through their undersigned counsel, that any and all claims against Defendant COUNTY OF SACRAMENTO be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

Dated: July __, 2009                          LAW OFFICES OF MARK E. MERIN

                                              By /s/ _____
                                                  Mark E. Merin
                                                  Attorney for Plaintiffs

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SACRAMENTO**
00706380.WPD

| | |
|---|---|
| 1   Dated: July 31, 2009 | PORTER SCOTT |
| 2 | A PROFESSIONAL CORPORATION |

By /s/ _____
Terence J. Cassidy
Attorney for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, DEPUTY M. TALLMAN,
DEPUTY M. HULSEY and SERGEANT
SHINTAKU

IT IS SO ORDERED.

Dated: 09/22/2009          /s/ John A. Mendez
                           United States District Court Judge

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

3

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SACRAMENTO**
00706380.WPD